Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Glenn M. Machado, Esq.
Nevada Bar No. 7802
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: gmachado@rsnvlaw.com

Attorneys for *La Grange BM, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LA GRANGE BM, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DENTON MORRELL (USA), LLC, a Nevada limited liability company,<br><br>　　　　Defendants. | CASE NO.  3:19-cv-00639-LRH-WGC<br><br>**STIPULATION REGARDING WITHDRAWAL OF ALAN R. POPPE, ESQ.** |

　　　Pursuant to LR IA 11-6(b), La Grange BM, LLC ("La Grange"), and Alan Poppe, Esq., ("Mr. Poppe") hereby stipulate to Mr. Poppe's withdrawal from the above-captioned case. The law firm of Reisman Sorokac shall remain as La Grange's counsel of record.

　　　Dated this __9__th day of ~~March~~ April, 2021.

_____
Gustavo Cardenas Moreno, Manager
La Grange BM, LLC

　/s/ Alan R. Poppe, Esq._____
Alan R. Poppe, Esq.
Florida Bar No. 186872
SAUL EWING ARNSTEIN & LEHR LLP
200 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 713-7628
Facsimile: (954) 713-7719
Email: alan.poppe@saul.com

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756

/s/ Glenn M. Machado, Esq.
Glenn M. Machado, Esq.
Nevada Bar No. 7802
REISMAN·SOROKAC
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: gmachado@rsnvlaw.com

**ORDER**

IT IS SO ORDERED.
DATED:  April 19, 2021.

_William G. Cobb_____
U.S. MAGISTRATE JUDGE