UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LA GRANGE BM, LLC, a Delaware Limited liability company,<br><br>               Plaintiff,<br><br>v.<br><br>DENTON MORRELL (USA), LLC, a Nevada limited liability company,<br><br>               Defendant. | Case No. 3:19-CV-00639-LRH-CSD<br><br>MINUTE ORDER<br><br>MAY 31, 2022 |

**PRESENT:** <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

**DEPUTY CLERK:** <u>  NONE APPEARING  </u>   **REPORTER:** <u> NONE APPEARING </u>

**COUNSEL FOR PLAINTIFF(S):** <u>       NONE APPEARING       </u>

**COUNSEL FOR DEFENDANT(S):** <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

     On November 21, 2019, the Court entered a Default (ECF No. 8) as to Defendant DENTON MORRELL (USA), LLC, a Nevada limited liability company.

     On April 19, 2022, Plaintiff filed a Supplemental Update Regarding Status of Application for Default Judgment (ECF No. 22) informing the Court that the parties have agreed to a settlement. Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiff's Notice of Voluntary Dismissal With Prejudice (ECF No. 23) is **GRANTED**. The Clerk of the Court shall close the case.

     **IT IS SO ORDERED**.

                                                                                        DEBRA K. KEMPI, CLERK

                                                                                        By: <u>        /s/        </u>

                                                                                                      Deputy Clerk